UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 1, 2016

MEMO TO COUNSEL RE:  Roxanne Ledbetter v. Earl Wright
Civil No. JFM-12-2286

Dear Counsel:

This will confirm the matters discussed during the conference held on February 25, 2016.

<u>Rulings</u>

Plaintiff's motion for leave to file first amended complaint remains to be "termed" because it is now moot.

Plaintiff's motion to compel accounting (document 56) is reopened and is granted.

Plaintiff's motion for leave to file second amended complaint (document 61) is reopened and is granted.

Plaintiff's motion for leave to designate expert (document 84) is granted.

<u>Settlement conference</u>

I will request that this case be set in for a settlement conference some time more than 60 days from now. This should give defendant time to retain a real estate appraiser.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge